IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO. **25-14187-E**
_____

United States of America,

Appellee,

- versus -

Artem Olegovich Alafyev,

Appellant.
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
_____

**UNITED STATES' NOTICE CONCERNING
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

                                        Jason A. Reding Quiñones
                                        United States Attorney
                                        Attorney for Appellee
                                        99 N.E. 4th Street
                                        Miami, Florida 33132-2111
                                        (305) 961-9295

Emily M. Smachetti
Acting Chief, Appellate Division

Of Counsel

**United States v. Artem Olegovich Alafyev, Case No. 25-14187-E**
**United States' Notice Concerning Certificate of Interested Persons**
**and Corporate Disclosure Statement**

Pursuant to 11th Cir. R. 26.1-2(c), the United States hereby advises that the Certificate of Interested Persons and Corporate Disclosure Statement required by Rule 26.1-2(a) has not been filed by appellant and the following is a complete list of all persons and entities that the Appellee believes to have an interest in the outcome of the case, as required by 11th Cir. R. 26.1-1:

Alafyev, Artem Olegovich

Altman, Hon. Roy K.

Benoit, Angela

Bond, Robert

Coakley, Brianna

Davis, Michael S.

Donet, Jr. David A.

Figueroa-Contreras, Kristin Daniella

Hannah, Elizabeth

Lapointe, Markenzy

Lett, Hon. Enjolique A.

**United States v. Artem Olegovich Alafyev, Case No. 25-14187-E**
**United States' Notice Concerning Certificate of Interested Persons**
and Corporate Disclosure Statement (Continued)

Louis, Hon. Lauren Fleischer

Malove, Robert David

O'Byrne, Hayden P.

Reding Quiñones, Jason A.

Smachetti, Emily M.

Torres, Hon. Edwin G.

Trontz, David Marc

Watson, Brooke

Counsel certifies that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

s/<i>Emily M. Smachetti</i>
Emily M. Smachetti
Acting Chief, Appellate Division
99 N.E. 4th Street, Suite 500
Miami, Florida 33132-2111
(305) 961-9295
Emily.Smachetti@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2025, the foregoing Certificate of Interested Persons was filed using CM/ECF, and that on the same day, the Certificate of Interested Persons was served via CM/ECF on Robert Bond, Esq., counsel for Artem Olegovich Alafyev.

                                                s/*Emily M. Smachetti*
                                                Emily M. Smachetti
                                                Acting Chief, Appellate Division

*iw*