CASE NO: 25-14187

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

UNITED STATES OF AMERICA

Plaintiff-Appellee,

v.

ARTEM OLEGOVICH ALAFYEV,

Defendant-Appellant.

_____

AN APPEAL
FROM THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

_____

**NOTICE OF NON-REPRESENTATION
AND REQUEST FOR REMOVAL FROM THE SERVICE LIST**

NOTICE is hereby given that the undersigned, **David A. Donet, Jr., Esq.** and **David Marc Trontz, Esq.**, of Donet, McMillan & Trontz, P.A., do not represent Appellant, ARTEM OLEGOVICH ALAFYEV (Mr. Alafyev), in the above-styled matter, and request to be removed from the Service List in this matter. As grounds therefor, the undersigned state as follows:

The undersigned attorneys do not represent Mr. Alafyev in these

Page **1** of **4**

proceedings and have not filed any documents herein.

An Appearance has been entered in this appellate proceeding on behalf of Mr. Alafyev by Attorney **Kristin Daniella Figueroa-Contreras**.

The undersigned attorneys appeared as counsel of record for Mr. Alafyev in the District Court proceedings below, but they were not retained for purposes of appeal, as set forth in their respective Notices of Appearance filed below as [DE 20] and [DE 21], respectively, copies of which are attached hereto and incorporated herein as Composite Exhibit "A."

Thus, the undersigned should be removed from the Service List in these appellate proceedings, for the foregoing reasons.

WHEREFORE, David A. Donet, Jr., Esq. and David Marc Trontz, Esq., respectfully request that the Court recognize and accept this Notice of

[Continued on Next Page]

Page **2** of **4**

Non-Representation and remove them from the list of counsel and Service List in this case.

DATED: December 16, 2025.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Email: donet@dmtlaw.com

By: /s/ David M. Trontz
**David M. Trontz, Esq.**
Florida Bar No.: 948111
Email: trontz@dmtlaw.com

[Certificate of Service on Next Page]

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on December 16, 2025, undersigned counsel electronically filed the foregoing **Notice of Non-Representation and Request for Removal From the Service List** with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com

Page **4** of **4**

CASE NO: 25-14187

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

UNITED STATES OF AMERICA

Plaintiff-Appellee,

v.

ARTEM OLEGOVICH ALAFYEV,

Defendant-Appellant.

_____

AN APPEAL
FROM THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

_____

**COMPOSITE EXHIBIT "A"
TO
NOTICE OF NON-REPRESENTATION
AND REQUEST FOR REMOVAL FROM THE SERVICE LIST**

- [DE 20] NOTICE OF ATTORNEY APPEARANCE by David Antonio Donet, Jr., Esq.

- [DE 21] NOTICE OF ATTORNEY APPEARANCE by David Marc Trontz, Esq.

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

      Defendant.

_____

### NOTICE OF PERMANENT APPEARANCE
### AS COUNSEL OF RECORD

**COMES NOW** David A. Donet, Jr., Esq. and files his appearance as

counsel of record for the above-named Defendant.

Counsel agrees to represent the Defendant in all proceedings currently

pending in the United States District Court in and for the Southern District of

Florida arising out of the transaction with which the Defendant is presently

charged.

Undersigned Counsel represents that he is admitted to practice in this Court

and hereby states that this appearance is unconditional and in conformity with the

requirements of S.D. Fla. Loc. R. 11.1 and the Special Rules Governing the

Admission and Practice of Attorneys in this District.

Page **1** of **3**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

Counsel acknowledges responsibility to advise the Defendant of the right of appeal and to file a timely notice of appeal if requested to do so by the Defendant. However, counsel has not been retained for purposes of appeal.

Undersigned counsel requests that all pleadings, correspondence, and other communications related to this cause be directed to undersigned counsel at the address specified below.

**DATED:** March 4, 2025.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant

[Certificate of Service on next page]

Page **2** of **3**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on March 4, 2025, undersigned counsel electronically filed the foregoing Defendant's Notice of Permanent Appearance with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant Joseph Diaz
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

     Defendant.

_____

### NOTICE OF PERMANENT APPEARANCE
### <u>AS CO-COUNSEL OF RECORD</u>

**COMES NOW** David M. Trontz, Esq. and files his appearance as co-counsel of record for the above-named Defendant.

Counsel agrees to represent the Defendant in all proceedings currently pending in the United States District Court in and for the Southern District of Florida arising out of the transaction with which the Defendant is presently charged.

Undersigned Counsel represents that he is admitted to practice in this Court and hereby states that this appearance is unconditional and in conformity with the requirements of S.D. Fla. Loc. R. 11.1 and the Special Rules Governing the Admission and Practice of Attorneys in this District.

Page **1** of **3**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

Counsel acknowledges responsibility to advise the Defendant of the right of appeal and to file a timely notice of appeal if requested to do so by the Defendant. However, counsel has not been retained for purposes of appeal.

Undersigned counsel requests that all pleadings, correspondence, and other communications related to this cause be directed to undersigned counsel at the address specified below.

**DATED:** March 4, 2025.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By: /s/ David M. Trontz
**David M. Trontz, Esq.**
Florida Bar No.: 948111
Co-Counsel for Defendant

[Certificate of Service on next page]

Page **2** of **3**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on March 4, 2025, undersigned counsel electronically filed the foregoing Defendant's Notice of Permanent Appearance with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David M. Trontz

**David M. Trontz, Esq.**
Florida Bar No.: 948111
Co-Counsel for Defendant
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: trontz@dmtlaw.com
Email: paralegals@dmtlaw.com

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com